UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS DAVIS,<br><br>  Plaintiff,<br><br> v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>  Defendants. | No. 2:19-cv-1960 TLN AC P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2021, plaintiff's first amended complaint was screened and was determined not to state a claim upon which relief could be granted. ECF No. 9. Plaintiff was given thirty days leave to file a second amended complaint. See id. at 5. Thirty days from that date have now passed, and plaintiff has neither filed an amended complaint nor otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 9, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE