UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No. 2:19-cv-1960 TLN AC P<br><br><br>ORDER |

On December 13, 2021, Plaintiff filed a Third Amended Complaint. ECF No. 16. This civil rights action was closed on October 20, 2021. See ECF Nos. 14, 15. Plaintiff is advised that documents filed since the closing date will be disregarded, and no orders will issue in response to future filings.

DATED: January 26, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1